UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 20-190 (RBW) |
| LARRY RUMPH and SAHN WILLIAMS, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the status hearings held on September 30, 2020, via videoconference, it is hereby

**ORDERED** that the parties shall appear before the Court for a status hearing on October 29, 2020, at 9:30 a.m., via videoconference. It is further

**ORDERED** that, as to the defendant Larry Rumph, the time from September 30, 2020, until the status hearing scheduled for October 29, 2020, is excluded under the Speedy Trial Act, in light of the defendant's and the government's agreement to waive the defendant's right to a speedy trial until the next hearing date, and in light of the fact that the defendant and his counsel require additional time to receive and review the discovery in this case. It is further

**ORDERED** that, as to the defendant Sahn Williams, defense counsel shall, on or before October 5, 2020, file a submission advising the Court as to whether the defendant agrees to waive his right to a speedy trial until the next hearing date. It is further

**ORDERED** that, on or before October 5, 2020, the government shall respond to the Defendant's Motion to Amend Pretrial Detention Order, ECF No. 10.

**SO ORDERED** this 1st day of October, 2020.

                                                REGGIE B. WALTON
                                                United States District Judge