UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 20-CR-00190 (RBW) |
| | : | |
| LARRY RUMPH and | : | |
| SAHN WILLIAMS, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DISCOVERY

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of October 5, 2020, is being provided to the defense in this matter.

Respectfully submitted,

Michael R. Sherwin
Acting United States Attorney
N.Y. Bar No. 4444188

By:   /s/_____
Michael Boyer
UT Bar 10681
Special Assistant United States Attorney
United States Attorney's Office for D.C.
555 4th Street NW, Fourth Floor
Washington, DC 20530
Email: michael.boyer3@usdoj.gov
Telephone: (202) 252-7102

 /s/_____
Andrea Duvall
AR Bar 2013114
Assistant United States Attorney
United States Attorney's Office for D.C.
555 Fourth Street, N.W., Fourth Floor
Washington, D.C. 20530
E-mail: andrea.duvall2@usdoj.gov
Telephone: (202) 252-6745