# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 20-190 (RBW) |
| | ) |
| LARRY RUMPH and SAHN WILLIAMS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing and motion hearing held on November 4, 2020, via videoconference, it is hereby

**ORDERED** that the parties shall appear before the Court for a status hearing on December 4, 2020, at 3:00 p.m., via videoconference. It is further

**ORDERED** that, as to both Larry Rumph and Sahn Williams, the time from November 4, 2020, until the status hearing scheduled for December 4, 2020, is excluded under the Speedy Trial Act, in light of the defendants' and the government's agreement to waive the defendants' rights to a speedy trial until the next hearing date, and in order to permit counsel to further familiarize themselves with these cases, receive additional discovery from the government, and confer with their clients regarding the resolution of these cases. It is further

**ORDERED** that, as to Sahn Williams, the Defendant's Motion to Amend Pretrial Detention Order, ECF No. 10, is **DENIED**.

**SO ORDERED** this 9th day of November, 2020.

_____
REGGIE B. WALTON
United States District Judge