# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                      )<br>)<br>LARRY RUMPH and SAHN WILLIAMS, )<br>)<br>Defendants.                               )<br>_____ ) | Criminal Action No. 20-190 (RBW) |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on February 3, 2021, via teleconference, it is hereby

**ORDERED** that the parties shall appear before the Court for a status hearing on March 3, 2021, at 1:00 p.m., via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that, as to both Larry Rumph and Sahn Williams, the time from February 3, 2021, until the status hearing scheduled for March 3, 2021, is excluded under the Speedy Trial Act, in light of the defendants' and the government's agreement to waive the defendants' rights to a speedy trial until the next hearing date, and in order to permit counsel to engage in further discussions regarding how these cases should be resolved, and to allow the defendants to review the discovery that has been provided by the government.

**SO ORDERED** this 3rd day of February, 2021.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge