**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 20-190 (RBW) |
| LARRY RUMPH and SAHN WILLIAMS, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the status hearing held on April 14, 2021, via teleconference, it is hereby

**ORDERED** that the parties shall appear before the Court for a status hearing on May 12, 2021, at 2:30 p.m., via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that, as to both Larry Rumph and Sahn Williams, the time from April 14, 2021, until the status hearing scheduled for May 12, 2021, is excluded under the Speedy Trial Act, in light of the defendants' and the government's agreement to waive the defendants' rights to a speedy trial until the next hearing date, and in order to permit counsel to engage in further discussions with the government regarding how these cases should be resolved.

**SO ORDERED** this 15th day of April, 2021.

REGGIE B. WALTON
United States District Judge