# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 20-190 (RBW) |
| LARRY RUMPH and SAHN WILLIAMS, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on July 28, 2021, via teleconference, it is hereby

**ORDERED** that the parties shall appear before the Court for a plea hearing on September 13, 2021, at 3:00 p.m.  It is further

**ORDERED** that that, on or before August 13, 2021, the parties shall file a joint submission advising the Court as to whether they prefer that the plea hearing be conducted in-person or via videoconference, in light of the risks associated with COVID-19.  It is further

**ORDERED** that, on or before September 7, 2021, the parties shall submit to the Court the plea documents set out in the General Order Governing Criminal Cases Before the Honorable Reggie B. Walton, ECF No. 19.  It is further

**ORDERED** that, as to both Larry Rumph and Sahn Williams, the time from July 28, 2021, until the plea hearing scheduled for September 13, 2021, is excluded under the Speedy Trial Act, in light of the defendants' and the government's agreement to waive the defendants' rights to a speedy trial until the next hearing date, and in order to permit counsel to engage in further discussions regarding how these cases should be resolved.

**SO ORDERED** this 29th day of July, 2021.

_____
REGGIE B. WALTON
United States District Judge